IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MICHELLE MOUNT,**<br>        **Plaintiff,**<br><br>v.<br><br>**PERUZZI OF LANGHORNE LLC AND TAMMY LARUE,**<br>        **Defendants.** | **CIVIL ACTION**<br><br><br><br>**NO.  21-2166** |

## O R D E R

**AND NOW**, this 18th day of August, 2021, upon consideration of the Defendants Peruzzi of Langhorne LLC and Tammy LaRue's Motion to Dismiss Plaintiff's Complaint (ECF 12), Plaintiff's response thereto (ECF 14), and Defendants' Reply (ECF 16), **IT IS HEREBY ORDERED** that the Motion is granted in part and denied in part.  The Motion is **GRANTED** with respect to Plaintiff's claim under the Federal Truth in Lending Act, and **DENIED** as to all other claims.

BY THE COURT:

/s/Wendy Beetlestone, J.

**WENDY BEETLESTONE, J.**